1040

[No. 45409-9-I. Division One. September 18, 2000.]

TERRY D. LORENTZEN, ET AL., *Respondents*, v. STEVEN OLSEN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 98-2-01129-0, Susan K. Cook, J., entered June 18, 1999. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Ellington, JJ.

[No. 46400-1-I. Division One. September 18, 2000.]

*In the Matter of the Personal Restraint of* MARVIN CURRY, *Petitioner.*

Petition for relief from personal restraint. *Granted in part* and *remanded* by unpublished per curiam opinion.

[No. 45549-4-I. Division One. September 18, 2000.]

EILEEN OWENS, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 99-2-03233-1, Harriett M. Cody, entered September 27, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, A.C.J., and Cox, J.

[No. 46038-2-I. Division One. September 18, 2000.]

MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Respondent*, v. KIRK CROSS, ET AL., *Defendants*, CASEY DALTON, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 98-2-17755-1, Jay V. White, J., entered July 16, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid, C.J., and Cox, J. Now published at 103 Wn. App. 52.